ACCEPTED
01-14-00723-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 11:27:22 AM
CHRISTOPHER PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS
June 26, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 11:27:22 AM
CHRISTOPHER A. PRINE
Clerk

**Court of Appeals**                    **Electronic Filing**
**First District of Texas**
**301 Fannin Street**
**Houston, Texas 77002-2066**

**Re:  Court of Appeals Number: 01-14-00723-CV        Trial Court Case Number 1011330**
Re:    *The State of Texas v. KNA Partners, Inc., a Texas Corporation*

Please be advised that I will be out of the office for vacation on the following dates:

1.      July 21, 2015 through August 5, 2015

Please do not set any hearings or trials involving me during this time.  Should you have any questions, please do not hesitate to contact my office at 512-463-2004.

Sincerely,

Philip Arnold
Assistant Attorney General
Philip.Arnold@texasattorneygeneral.gov

cc:

H. Dixon Montague            **CMRRR 7014 1200 0000 2175 2350**

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov